| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 1-27-21 |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>AQUA SYSTEMS, INC., *et al.*,<br><br>                    Defendants. | 21-MC-12 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

WHEREAS, the Court having received the motion of Plaintiff United States of America for termination of the final judgments entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion;

WHEREAS, Federal Rule of Civil Procedure 60(b)(5) provides that "[o]n a motion and just terms, the court may relieve a party . . . from a final judgment . . . [when] applying it prospectively is no longer equitable." Fed. R. Civ. P. 60(b)(5);

WHEREAS, one of the two corporate defendants no longer exists and the other does not object to this motion. *See* Dkt. 1 Ex. 1 at 1 n.1;

WHEREAS, the United States has provided adequate notice to the public regarding its intent to seek termination of the judgment. *See id*. at 13;

WHEREAS, based on the foregoing, the Court deems that terminating the antitrust judgment is consistent with the public interest. *United States v. American Cyanamid Co.*, 719 F.2d 558, 564–65 (2d Cir. 1983), *cert. denied*, 465 U.S. 1101 (1984) (allowing consensual termination of antitrust decrees only upon a court's determination that termination will serve the "public interest").

It is hereby:

**ORDERED, ADJUDGED, AND DECREED:** That said final judgment is hereby terminated.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:   January 27, 2021
         New York, New York

RONNIE ABRAMS
United States District Judge